# United States District Court
## Southern District of Georgia
### Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 APR 10 P 2: 33

CLERK _____
S.D. DIST. OF GA.

| | | |
|---|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL 150 HEALTH & WELFARE FUND, ET AL | ) ) ) ) | |
| vs | ) | CASE NUMBER CV 106-132 |
| CLARK'S PLUMBING, CONSTRUCTION AND MAINTENANCE, INC. | ) ) ) ) | |

## ORDER

The Court has been advised that this action cannot proceed to trial and disposition because of the following reason(s):

Defendant has filed Chapter 11 Bankruptcy in case number 06-11796-SDB and is entitled to an automatic stay.

THEREFORE, IT IS HEREBY ORDERED that the Clerk of Court mark this action closed for statistical purposes, place the matter in a Civil Suspense File, and delete this matter from the role of pending cases.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon motion of a party, if the circumstances change, so that it may proceed to final disposition. This order shall not prejudice the rights of the parties to this litigation.

SO ORDERED, this ___10___ day of ___April___, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA